DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

JARTAVIS JAMEL PEACOCK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0112

———————————————

May 3, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.